**UNITED STATES DISTRICT COURT**
**SOUTERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| LEONARD HOWARD, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO: 1:23-CV-809 |
| | ) |
| BRIARWOOD HEALTHCARE OPERATIONS | ) |
| COMPANY, L.L.C., | ) |
| | ) |
| **Creekside.** | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Leonard Howard ("Howard"), brings claims against Creekside, Briarwood

Healthcare Operations Company, LLC ("Creekside"), and states as follows:

### OVERVIEW

1. This Complaint arises under Title VII of the Civil Rights Act of 1964. Howard

contends that he was retaliated against after engaging in protected activity and filing both

internal and external charges alleging discrimination.

### PARTIES

2. Howard was an individual who, at all relevant times, worked in Indianapolis,

Indiana. He was an employee as defined by 42 U.S.C. §2000e(f).

3. Creekside is domiciled in Marion, Indiana and is an employer as defined by 42

U.S.C. §2000e(b). Howard worked at a facility located in Indianapolis, Indiana.

### JURISDICTION

4. This Court has jurisdiction over Creekside pursuant to 42 U.S.C. §2000e-5(f)(3)

and 28 U.S.C. §1331.

## VENUE

5.      Venue is appropriate in the Southern District of Indiana pursuant to 28 U.S.C. § 1391 as all the events arose in the Southern District of Indiana.

## FACTS

6.      Howard, a male, was employed by Creekside.  He was employed from July 14, 2021, through May 27, 2022, as a Registered Nurse.

7.      Howard met or exceeded Creekside's performance expectations.

8.      Howard raised concerns of being harassed and treated differently.  He filed a charge with the ICRC alleging sex discrimination (pay inequities) in February 2022.

9.      After Howard began raising concerns regarding harassment and discrimination, management voiced that they needed to get rid of Howard because of all of the complaints he was bringing/filing.  Howard was issued write ups in retaliation for his continuing complaints.

.      10.      On May 27, 2022, Creekside terminated Howard's employment.

11.      Creekside terminated Howard because he engaged in protected activity.

12.      Howard has suffered financial harm as a result of Creekside's conduct.

## LEGAL COUNTS

### COUNT 1: RETALIATION

13.      Howard incorporates paragraphs 1 – 12 herein.

14.      Howard complained about being discriminated against because of his sex. Moreover, he contacted the ICRC about being discriminated against.

15.      Creekside was aware of Howard's complaint and the fact he contacted the Indiana Civil Rights Commission..

16.     Creekside retaliated against Howard because he engaged in conduct protected by Title VII and federal law.

17.     Howard was harmed by Creekside's unlawful willful and/or reckless conduct.  Creekside violated Title VII.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to find in his favor and award him the following relief:

a.     An Order awarding Plaintiff lost income and other damages, including compensatory damages, as provided for by federal law;

b.     An Order awarding Plaintiff punitive damages as provided for by federal law;

c.     An Order awarding Plaintiff the costs of this action;

d.     An Order awarding Plaintiff his attorney's fees;

e.     An Order granting such other and further relief as may be necessary and appropriate.

Respectfully submitted,

s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Ste 500
Indianapolis, IN  46240
Tel: (317) 500-0700
Fax: (317) 732-1196
E-Mail:  indy2buck@hotmail.com

Attorney for Plaintiff

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff, by counsel, demands a trial by jury on all issues deemed so triable.

Respectfully submitted,

/s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Ste 500
Indianapolis, IN  46240
Tel: (317) 500-0700
Fax: (317) 732-1196
E-Mail:  indy2buck@hotmail.com

Attorney for Plaintiff